# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONYAE DWAYNE HALEY, | CASE NO. SACV 09-0330-ODW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. K. SISTO, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: December 9, 2009

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE